UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

MARK T STALTER                                              CASE NO. 07-13637
                     DEBTOR(S).                             CHAPTER 7

## NOTICE OF DEPOSIT OF UNDISTRIBUTED FUNDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim # 2 of eCAST Settlement Corporation
> Account number: 7383
> Claimed amount: $648.24
> Pro rata distribution: $4.19
>
> Claim # 10 of LVNV Funding LLC
> Account number: 4153
> Claimed amount: $739.40
> Pro rata distribution: $4.78
>
> Claim # 13B of Dell Financial Services, LLC
> Claimed amount: $448.67
> Pro rata distribution: $2.90
>
> Claim # 16 of Summit Radiology
> Account number: 4972
> Claimed amount: $70.00
> Pro rata distribution: $.45

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated:  August 26, 2009                    /s/ Mark A. Warsco
                                                Mark A. Warsco, Trustee
                                                P.O. Box 11647
                                                Fort Wayne, IN  46859-1647
                                                Telephone:  (260) 469-0256
                                                e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on August 26, 2009:

| | |
|---|---|
| STEVEN J OUELLETTE<br>ouelletlaw@aol.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| eCAST Settlement Corporation,<br>assignee of<br>HSBC Bank Nevada and its Assigns<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Dell Financial Services, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10390<br>Greenville, SC 29603-0390 | Summit Radiology<br>Snow & Sauerteig LLP<br>203 E Berry St Ste 1310<br>Ft Wayne, IN 46802 |

                                                /s/  Mark A. Warsco
                                                Mark A. Warsco, Trustee